IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GAMALIEL RODRIGUEZ, :
    Plaintiff :
                               : CIVIL NO. 3:13-CV-518
    v. :
                               : (JUDGE NEALON)
UNITED STATES OF AMERICA, : (MAGISTRATE JUDGE CARLSON)
    Defendant :

## ORDER

**NOW**, THIS 16TH DAY OF SEPTEMBER, 2013, for the reasons stated in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation, (Doc. 21), is **ADOPTED**;

2. Defendant's motion to dismiss, (Doc. 17), is **GRANTED**;

3. Plaintiff's complaint, (Doc. 1), is **DISMISSED**;

4. The Clerk of Courts is directed to **CLOSE** this case.

/s/ William Nealon
United States District Judge

FILED
SCRANTON

SEP 1 6 2013

PER _____
DEPUTY CLERK